# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Deontay D. Hardy
Natchitoches Par. Det. Center
299 Edwina Drive
Natchitoches LA 71457

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 10, 2019

## REHEARING ACTION: April 10, 2019

**Docket Number: 18   00804-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DEONTAY D. HARDY**

**Writ Application from Natchitoches Parish Case No. 19807**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders**
    **Hon. John E. Conery**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Deontay D. Hardy** has this day been

    **DENIED.**

cc: Billy Joseph Harrington, Counsel for  the Respondent